IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KENNETH LEON MCINTYRE )
)
v. ) NO. 3:08-0511
) JUDGE CAMPBELL
LT. SALONDY, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 28), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, Defendants' Motions to Dismiss for Failure to Prosecute (Docket Nos. 22 and 27) are GRANTED, and this action is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE